# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALBERTO GUZMAN,

    Petitioner,

-vs-                                              Case No.  8:08-CV-823-T-30MAP

WALTER A. MCNEIL, SECRETARY,
FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondents.
_____/

## ORDER

Petitioner, an inmate in a Florida penal institution proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging a 2003 conviction for second degree murder with a firearm entered by the Twentieth Judicial Circuit Court, Hendry County, Florida (Dkt. 1). Therefore, this case should be transferred to the Fort Myers Division of this Court for all further proceedings pursuant to Local Rule 1.02(b)(5)-(c) and 28 U.S.C. §2241(d)[1].

**ACCORDINGLY**, the Court **ORDERS** that this case is **transferred** to the United States District Court for the Middle District of Florida, Fort Myers Division, for all further

---

[1] "Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." 28 U.S.C. § 2241(d).

proceedings.  The **Clerk** is directed to terminate any pending motions, close this case, and immediately forward the Court file to that Division.

    **DONE** and **ORDERED** in Tampa, Florida on May 19, 2008.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

SA:sfc

Copy to: *Pro se* Petitioner